IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**NORRIS RAY BEASLEY,**

    Plaintiff,

v.                                              Civil Action No. **3:15CV779**

**BILLY DAVIS,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 21, 2016, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address.. On September 26, 2016, the United States Postal Service returned a September 15, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 10/20/16
Richmond, Virginia